IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:08cv646-MHT |
| | ) | |
| RUTH STONE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. No. 11), to which no objection has been filed, is adopted.

(2) Plaintiff United States of America's motion for summary judgment (Doc. No. 6) is denied.

(3) This cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 26th day of February, 2009.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE