IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:08cv646-MHT |
| ) | (WO) |
| RUTH ELIZABETH WISE STONE, ) | |
| ) | |
|    Defendant. ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff United States of America's motion to dismiss (Doc. No. 17) is granted and that this cause is dismissed in its entirety without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of April, 2009.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE